**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**OCT 15 1998**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

BONARD RAY DENINNO,

Defendant-Appellant.

No. 97-6347
(D.C. No. CIV-97-656-T &
93-CR-55-T)
(W.D. Okla.)

**ORDER AND JUDGMENT** *

Before **PORFILIO** , **KELLY** , and **HENRY** , Circuit Judges.

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of

this appeal.   See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9.  The case is therefore

ordered submitted without oral argument.

---

*      This order and judgment is not binding precedent, except under the
doctrines of law of the case, res judicata, and collateral estoppel.  The court
generally disfavors the citation of orders and judgments; nevertheless, an order
and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

Defendant filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The district court denied the motion, and plaintiff appeals. We construe plaintiff's notice of appeal as an application for a certificate of appealability. <u>See</u> Fed. R. App. P. 22(b). Because plaintiff has not made a substantial showing of the denial of a constitutional right, <u>see</u> 28 U.S.C. § 2253(c)(2), we deny the request for a certificate of appealability. The appeal is DISMISSED.

Entered for the Court

John C. Porfilio
Circuit Judge